FILED'11 JUL 1 9:40USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

HOMESTREET BANK,

       Plaintiff,

  v.

RONALD F. BRENNEMAN, et al.,

       Defendants.

Civ. No. 10-3068-CL

ORDER

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation, and the matter is now before this court. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Although no objections have been filed, this court reviews the legal principles *de novo*. See Lorin Corp. v Goto & Co., Ltd., 700 F.2d 1202, 1206 (9th Cir. 1983).

    Here, I previously agreed with Magistrate Judge Clarke that defendants lacked an objectively reasonable basis to seek removal, which entitled plaintiff to reasonable attorney's fees.

1 - ORDER

Magistrate Judge Clarke now recommends that plaintiff be awarded $9,330 in attorney's fees, based on 31.9 hours of work at hourly rates of $250 and $275. I agree with Magistrate Judge Clarke that the requested fees and hourly rates are reasonable. I ADOPT the Report and Recommendation of Magistrate Judge Clarke.

## CONCLUSION

Magistrate Judge Clarke's Report and Recommendation (#24) is adopted. Plaintiff's motion for attorney's fees (#19) is granted. Plaintiff is awarded $9,330 in attorney's fees.

IT IS SO ORDERED.

DATED this __1__ day of July, 2011.

*/s/ Owen M. Panner*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER